RANDAZZA | LEGAL GROUP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INGE BERGE,<br>Plaintiff,<br>v.<br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br>Defendants. | Civil Action No. 1:22-CV-10346<br><br>**NOTICE OF ERRATA** |

Plaintiff Inge Berge hereby gives notice that the attached **Exhibit 1** is the exhibit referenced in the Complaint (ECF No. 1), but it was unintentionally omitted from the uploaded filing.

Dated: March 7, 2022

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Inge Berge