# Exhibit 1

Demand Letter from Gloucester Public Schools



**The GLOUCESTER PUBLIC SCHOOLS**
*Our mission is for all students to be successful, engaged, lifelong learners.*

Roberta A. Eason
Human Resources
2 Blackburn Drive
Gloucester, MA 01930
Phone: 978-281-98014/ Fax 978-281-9899
Email: reason@gloucesterschools.com

---

March 3, 2022

Mr. Inge Berge
410 Washington Street/ #C
Gloucester, MA 01930

Dear Mr. Berge:

    This letter is in response to your Facebook posting of a recording taken by you today without the consent of all parties at the Gloucester Public Schools Administration Building. Please be advised that Massachusetts recording law stipulates that it is a <u>two-party consent state</u>. In Massachusetts, it is a criminal offense to use any device to record and/or disseminate communications, whether the communications are by wire, oral or electronic, without the consent of all contributing parties. Mass. Ann. Laws ch. 272, § 99(C). This means that in Massachusetts you are prohibited from recording a conversation you are taking part in unless all parties are in agreement. Ms. Delisi unambiguously told you that she was not consenting to being recorded.

    We demand that you immediately remove the post from your Facebook account and/or any other communications to prevent the pursuit of legal action in this matter.

Sincerely,

*Roberta A. Eason*

Roberta A. Eason
Director of Human Resources