# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br><br>                      Plaintiff,<br><br>    v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br><br>                      Defendants. | Civil Action No. 1:22-CV-10346<br><br>**NOTICE** |

While formal service has not yet been effected, the Defendants are on notice of the lawsuit, and counsel for the Defendants reached out to counsel for Plaintiff this morning. Thus, if the court is concerned about notice issues prior to issuing a Temporary Restraining Order, it can be comfortable that the Defendants have actual knowledge of the case, even if formal service may not be effected before the close of business, today.

Dated: March 8, 2022

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Inge Berge