# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INGE BERGE** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:22–CV–10346–AK** |
| **SCHOOL COMMITTEE OF GLOUCESTER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

School Committee of Gloucester, 2 Blackburn Drive, Gloucester, Massachusetts 01930

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Miguel Lara
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2022–03–07 15:14:38**, Clerk USDC DMA

Civil Action No.: **1:22–CV–10346–AK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __School Committee of Gloucester, et Al.__ was received by me on (date) __March 9, 2022__.

☐ I personally served the summons on the individual at (place) _____ _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) __School Committee of Gloucester, et Al__ on (date) __March 9, 2022__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __—__ for travel and $ __30__ for services, for a total of $ __30—__.

I declare under penalty of perjury that this information is true.

__March 9, 2022__
Date

__Patrick J. McLaughlin__
Server's Signature

__Patrick J. McLaughlin, Constable__
Printed name and title

__34 Mt Vernon St, Gloucester, MA__
Server's Address

Additional information regarding attempted service, etc: