UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br>    Plaintiff,<br><br>VS.<br><br>SCHOOL COMMITTEE OF GLOUCESTER;<br>BEN LUMMIS, in his personal capacity;<br>ROBERTA A. EASON, in her personal capacity; and<br>STEPHANIE DELISI, in her personal capacity,<br>    Defendants. | )<br>)<br>)<br>) C.A. No. 1:22-cv-10346-AK<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendants, School Committee of Gloucester, Ben Lummis, Roberta A. Eason, and Stephanie Delisi, in the above-captioned matter.

                      The Defendants,
                      SCHOOL COMMITTEE OF GLOUCESTER;
                      BEN LUMMIS, in his personal capacity;
                      ROBERTA A. EASON, in her personal capacity; and
                      STEPHANIE DELISI, in her personal capacity;
                      By their Attorneys,

                      **PIERCE DAVIS & PERRITANO LLP**

                      */s/ John J. Davis*
                      _____
                      John J. Davis, BBO #115890
                      10 Post Office Square, Suite 1100N
                      Boston, MA 02109
                      (617) 350-0950
                      jdavis@piercedavis.com

Dated: March 23, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 23, 2022.

                                  */s/ John J. Davis*
                                  _____
                                  John J. Davis, Esq.