UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| INGE BERGE, | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) C.A. No. 1:22-cv-10346-AK |
| | ) |
| SCHOOL COMMITTEE OF GLOUCESTER; | ) |
| BEN LUMMIS, in his personal capacity; | ) |
| ROBERTA A. EASON, in her personal capacity; and | ) |
| STEPHANIE DELISI, in her personal capacity, | ) |
|     Defendants. | ) |

**MOTION OF DEFENDANTS TO EXTEND TIME TO RESPOND
TO VERIFIED FIRST AMENDED COMPLAINT – ASSENTED TO**

The defendants, School Committee of Gloucester, Ben Lummis, Roberta A. Eason, and Stephanie Delisi, hereby move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for leave to extend the time within which they must file an answer or otherwise respond to plaintiff's Verified First Amended Complaint by an additional twenty (20) days, up to and including April 27, 2022. As grounds therefor, the defendants state that undersigned counsel was recently appointed to represent them in this matter. Due to such recent appointment and his professional obligations in several other legal matters, defense counsel requires additional time within which to investigate the allegations of plaintiff's Verified First Amended Complaint and to prepare an appropriate response to same on defendants' behalf. Plaintiff's counsel assents to this extension.

WHEREFORE, the defendants, School Committee of Gloucester, Ben Lummis, Roberta A. Eason, and Stephanie Delisi, hereby request that this Honorable Court extend the time within which they must answer or otherwise respond to plaintiff's Verified First Amended Complaint by an additional twenty (20) days up to and including April 27, 2022.

Respectfully submitted,

The Defendants,
SCHOOL COMMITTEE OF GLOUCESTER;
BEN LUMMIS, in his personal capacity;
ROBERTA A. EASON, in her personal capacity; and
STEPHANIE DELISI, in her personal capacity,
By their Attorneys,

**PIERCE DAVIS & PERRITANO** LLP

*/s/ John J. Davis*
_____
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

ASSENTED-TO:

The Plaintiff,
INGE BERGE,
By his Attorneys,

*/s/ Marc J. Randazza*
_____
Marc J. Randazza, BBO #651477
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702-420-2001
mjr@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 4, 2022.

*/s/ John J. Davis*
_____
John J. Davis, Esq.