UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br>    Plaintiff,<br><br>vs.<br><br>SCHOOL COMMITTEE OF GLOUCESTER;<br>BEN LUMMIS, in his personal capacity;<br>ROBERTA A. EASON, in her personal capacity; and<br>STEPHANIE DELISI, in her personal capacity,<br>    Defendants. | C.A. No. 1:22-cv-10346-AK |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)

Defendants, Gloucester School Committee, Superintendent Ben Lummis, Roberta Eason and Stephanie Delisi, hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss plaintiff's Verified First Amended Complaint for failure to state a claim upon which relief can be granted. As alternative grounds therefor, defendants state:

1. Plaintiff's recording of his visit to the Administration Office of Gloucester Public Schools on March 3, 2022, was not protected activity under the First Amendment.

2. Plaintiff's posting of the recording of his visit to the Administration Office of Gloucester Public Schools on March 3, 2022 to his Facebook account was not protected activity under the First Amendment.

3. Defendants did not retaliate against plaintiff in violation of the First Amendment for engaging in protected activity.

4. The individual defendants are entitled to qualified immunity.

5. Plaintiff fails to state a claim of municipal liability against defendant, the Gloucester School Committee.

6.      Plaintiff's demands for declaratory relief are moot.

In support of their Motion to Dismiss, defendants submit district counsel's letter to plaintiff's counsel dated March 22, 2022, a true and accurate copy of which is attached hereto as Exhibit "A." Defendants also submit the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Verified First Amended Complaint Under Rule 12(b)(6).

WHEREFORE, defendants, Gloucester School Committee, Superintendent Ben Lummis, Roberta Eason and Stephanie Delisi, respectfully request that this Honorable Court dismiss plaintiff's Verified First Amended Complaint for failure to state claims upon which relief can be granted. Fed. R. Civ. P 12(b)(6).

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that this Honorable Court schedule oral argument on their Motion to Dismiss Plaintiff's Verified First Amended Complaint Under Rule 12(b)(6).

> Respectfully submitted,
>
> The Defendants,
> SCHOOL COMMITTEE OF GLOUCESTER;
> BEN LUMMIS, in his personal capacity;
> ROBERTA A. EASON, in her personal capacity; and
> STEPHANIE DELISI, in her personal capacity,
> By their Attorneys,
>
> **PIERCE DAVIS & PERRITANO LLP**
>
> */s/ John J. Davis*
>
> John J. Davis, BBO #115890
> 10 Post Office Square, Suite 1100N
> Boston, MA 02109
> (617) 350-0950
> jdavis@piercedavis.com

Dated: April 27, 2022

## LOCAL RULE 7.1 CERTIFICATE

      I hereby certify, pursuant to Local Rule 7.1(A)(2), that on April 27, 2022, I conferred in good faith with counsel for the plaintiff by telephone in an effort to resolve or narrow the issues regarding defendants' Motion to Dismiss Plaintiff's Verified First Amended Complaint Under Rule 12(b)(6).

      */s/ John J. Davis*
      _____
      John J. Davis, Esq.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 27, 2022.

      */s/ John J. Davis*
      _____
      John J. Davis, Esq.