# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br><br>      Plaintiff,<br><br> v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br><br>      Defendants. | Civil Action No. 1:22-CV-10346<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

  I, Marc J. Randazza, am a member in good standing of the bar of this Court and counsel of record for Plaintiff, Inge Berge, in the above-captioned matter. My bar number is 651477. Pursuant to Local Rule 83.5.3, I am moving for admission of Robert J. Morris II to appear *pro hac vice* in this case as counsel for Plaintiff. Mr. Morris is a member of the bars of American Samoa, Hawaii, and the District of Columbia. I have verified that Mr. Morris is a member in good standing of the bars to which he is admitted. Mr. Morris' Rule 83.5.3(e)(3) certification is attached to this motion as **Exhibit A**.

  Wherefore, it is respectfully requested that this Court enter an Order admitting Robert J. Morris as co-counsel for Plaintiff, Inge Berge, in the above-captioned case.

Dated: May 11, 2022.      Respectfully Submitted,

              /s/ Marc J. Randazza
              Marc J. Randazza, BBO# 651477
              mjr@randazza.com, ecf@randazza.com
              RANDAZZA LEGAL GROUP, PLLC
              30 Western Avenue
              Gloucester, MA 01930
              Tel: (978) 801-1776

              Attorneys for Plaintiff
              Inge Berge

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Marc J. Randazza, counsel for Plaintiff in the above-captioned matter, hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with John Davis, counsel for the Defendants, on May 10, 2022 by email regarding this motion. Counsel for Defendants assents to this motion.

Dated: May 11, 2022.

/s/ Marc J. Randazza
Marc J. Randazza

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza