UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br><br>      Plaintiff,<br><br> v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br><br>      Defendants. | Civil Action No. 1:22-CV-10346<br><br>**RULE 83.5.3(e)(3) CERTIFICATION** |

Pursuant to Local Rule 83.5.3(e)(3), I, Robert J. Morris II, hereby certify the following:

1. I am admitted to practice in American Samoa, Hawaii, and the District of Columbia, and am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this or any Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 11, 2022.    Respectfully Submitted,

               /s/ Robert J. Morris
               Robert J. Morris II
               rjm@randazza.com; ecf@randazza.com
               RANDAZZA LEGAL GROUP, PLLC
               30 Western Avenue
               Gloucester, MA 01930
               Tel: (702) 420-2001

RANDAZZA | LEGAL GROUP