# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INGE BERGE,<br><br>                         Plaintiff,<br><br>     v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br><br>                      Defendants. | Civil Action No. 1:22-CV-10346<br><br>**[PROPOSED] ORDER** |

Upon consideration of the motion to admit Robert J. Morris II *pro hac vice* in the above-captioned case, any response thereto and hearing thereon, it is hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

Dated: _____

_____
United States District Court Judge
District of Massachusetts