# Exhibit 1

Correspondence from Naomi R. Stonberg

March 22, 2022

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

| | | |
|---|---|---|
| Richard E. Brody | 699 Boylston Street | Erica L. Brody |
| Laurence E. Hardoon | Boston, Massachusetts 02116 | Allison L. O'Connell |
| Samuel Perkins | Telephone 617 880 7100   Facsimile 617 880 7171 | Francesca M. Papia |
| Leonard H. Kesten | | |
| Jocelyn M. Sedney | | OF COUNSEL |
| Jeremy I. Silverfine | www.bhpklaw.com | Hon. Paul A. Chernoff (Ret.) |
| Thomas R. Donohue | | Deidre Brennan Regan |
| Gregor A. Pagnini | | Andrew A. Rainer |
| Evan C. Ouellette | | Naomi R. Stonberg |
| Michael Stefanilo, Jr. | | |

March 22, 2022,

Re:     Inge Berge

*By Email*

Dear Mr. Randazza:

I informed you on March 11, 2022 on a conference call in which Attorneys Gregor Pagnini and Leonard Kesten of this office also participated, that the District would be withdrawing the letter to Mr. Berge dated March 3, 2022. I also acknowledged that the District would not be taking any legal action against Mr. Berge relating to Massachusetts General Laws, Chapter 272, § 99(C). During our call you consulted with your client and indicated that you had advised him of our position on said statute and all other related matters.

Please accept this as written notice that the letter dated March 3, 2022 has been revoked and the District will not take any criminal action against Mr. Berge relating to the recording that took place inside the school administration building on March 3, 2022. However, this also confirms our position that all school buildings are non-public forums and therefore Mr. Berge's actions on March 3, 2022 were not protected by the First Amendment.

Notwithstanding the above, the District neither waives nor relinquishes any defenses it has or may have to the claims set forth in <u>Berge v. School Committee of Gloucester, et al.</u>, C.A. No. 1:22-cv-10346 (D. Mass.) This letter shall not be construed or interpreted as an admission of liability or wrongdoing on the part of the District, its agents, servants or employees. All liability is expressly denied.

Sincerely,
*nrs*
Naomi R. Stonberg
Counsel for Gloucester School Committee

cc:     Kathy Clancy, Chairperson Gloucester School Committee
        Ben Lummis, Superintendent
        Inge Berge