UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INGE BERGE,<br><br>                Plaintiff,<br><br>  v.<br><br>SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,<br><br>                Defendants. | Civil Action No. 1:22-CV-10346<br><br>**NOTICE OF UNRESOLVED MOTIONS**<br><br>LR 7.1(a)(3) |

Pursuant to LR 7.1(a)(3), notice is given that two important motions remain outstanding. The rule cites to the Civil Justice Reform Act, 28 U.S.C. § 476(a)(1), which requires the reporting of motions that have been pending for more than six months.

ECF No. 2, Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction was filed on March 7, 2022. No action was taken.

ECF No. 15, Defendant's Motion to Dismiss was filed on April 27, 2022. It remains unresolved.

Dated: November 15, 2022.   Respectfully Submitted,

                              /s/ Marc J. Randazza
                              Marc J. Randazza, BBO# 651477
                              Robert J. Morris II (*pro hac vice*)
                              mjr@randazza.com, ecf@randazza.com
                              RANDAZZA LEGAL GROUP, PLLC
                              30 Western Avenue
                              Gloucester, MA 01930
                              Tel: (978) 801-1776

                              *Attorneys for Plaintiff*
                              *Inge Berge*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza