# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INGE BERGE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SCHOOL COMMITTEE )<br>OF GLOUCESTER ET AL., )<br>)<br>    Defendants. )<br>) | Civil Action No. 22-CV-10346-AK |

## SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on October 29, 2024, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty (60) days if settlement is not consummated.

Dated: October 30, 2024                                             By the Court,

                                                                                    /s/ Miguel Lara
                                                                                    Deputy Clerk